FILED
AUG 28 2014
CLERK'S OFFICE
CIVIL DISTRICT COURT

SECTION 10

Check #015 Amt. $518.50

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 2014-8561                                    DIVISION "C"

**LISA GRANT AND PHILLIP POCKETT**

**VERSUS**

**STATE FARM FIRE AND CASUALTY COMPANY**

FILED: _____        _____

                                        DALE N. ATKINS
                                        **DEPUTY CLERK**
                                        CLERK, CIVIL DISTRICT COURT

**PETITION FOR DAMAGES**        402 CIVIL COURTS BUILDING
                                        421 LOYOLA AVENUE - ROOM 402
The petition of Lisa Grant and Phillip Pockett, through undersigned counsel, respectfully

represents the following:                        NEW ORLEANS, LA 70112

                                        504-407-0000
--- 1.

Made Petitioners herein are Lisa Grant and Phillip Pockett, individuals over the age of

majority and residing in the Parish of Orleans, State of Louisiana.   CASE#: 2014 - 08561  SEC.: 10

                                        RECEIPT#: 454333
2.

                                                PRICE        PAID       BAL
Made Defendant herein is State Farm Fire and Casualty Company (hereinafter referred to

as "State Farm"), a Louisiana corporation authorized to do and doing business in the State of

Louisiana and formally registered with the Secretary of State.   PETITION FOR DAMAGES

                                        $   445.00  $   445.00  $   0.00
3.
                                        FAX FEES

Petitioners purchased and lived in a residence located at 1734 Josephine Street, New   $   15.00  $   15.00  $   0.00

Orleans, Louisiana.                     $   23.50  $   23.50  $   0.00

                                        INDIGENT LEGAL FEE
4.
                                        $   10.00  $   10.00  $   0.00
On or about August 29, 2012, Hurricane Isaac rendered Petitioners' residence

                                        BUILDING FUND FEE
uninhabitable as the structure was severely damaged by hurricane force winds. Due to the direct   $   25.00  $   25.00  $   0.00

physical damage from winds, rain water was allowed to enter said premise.

                                        TOTAL PAID CASE # 201408561:   $518.50

                                        RECEIPT TOTAL $518.50

                                        AMOUNT RECEIVED $518.50

                                        CHANGE DUE $.00

1

EXHIBIT
A

5.

An adjuster representing the Defendant, State Farm, visited the property and assessed the damage to Petitioners' home on or about September 27, 2012. On this date, State Farm received satisfactory proof of loss. State Farm subsequently sent Petitioners an estimate totaling $65,273.98.

6.

Despite evidence of wind damage to the structure and throughout the immediate area, State Farm refused to pay Petitioners for all the damage caused by the wind and rain.

7.

To date, Petitioners have not received any tender to repair and/or replace damages to the dwelling from State Farm with regards to losses sustained to their home. This failure to make a tender is unreasonable, unsupported by any evidence, arbitrary and capricious.

8.

Said failure is arbitrary, capricious and without probable cause and as such, State Farm is liable for statutory penalties, in addition to the amount of the loss. Further, State Farm has failed to pay the total amounts due to Petitioners within sixty (60) days after receipt of satisfactory proof of loss and has acted arbitrarily, capriciously and/or without probable cause in its refusal.

9.

As such, State Farm is liable for penalties assessed against the insurers in an amount not to exceed two times the damages sustained or $5,000.00, whichever is greater, or the penalties provided by La. R.S. 22:1892, whichever is greater.

10.

At all pertinent times, the Defendant, State Farm, issued a policy of homeowners insurance covering the dwelling located at 1734 Josephine Street, New Orleans, Louisiana, which was in full force and effect at the time of the incident.

11.

Petitioners show that under La. R.S. 22:1892 (formally La. R.S. 22:658), State Farm was required to pay the amount of any claim due its insured within thirty (30) days after receipt of satisfactory proof of loss from the insured, or any party in interest, State Farm has received such proof of loss and has failed to pay sums sufficient to repair Petitioners' dwelling.

12.

Said failure is arbitrary, capricious and without probable cause and as such, State Farm is liable for statutory penalties, in addition to the amount of the loss.  State Farm sent Petitioners a letter on October 25, 2012 agreeing to pay additional money as recoverable depreciation was still owed on the claim.  To date, no money has been paid.

13.

Petitioners show that under La. R.S. 22:1973 (formally La. R.S. 22:1220), an insurer owes to its insured a duty of good faith and fair dealing.  The insurer has an affirmative duty to adjust claims fairly and promptly and to make a reasonable effort to settle claims with the insured; and any insurer who violates this duty is liable for damages sustained as a result.

14.

State Farm has violated this duty as alleged above, and thus is responsible for all consequential damages.

15.

Petitioners' claim exceeds $50,000.00.

**WHEREFORE**, Petitioners pray that a certified copy of this lawsuit be served upon the Defendant, who be cited to appear and answer same, and that after legal delays and due proceedings are had, there be judgment herein in favor of Petitioners, Lisa Grant and Phillip Pockett, and against the Defendant, State Farm Fire and Casualty Company, for all legally authorized and allowable damages in the premises, plus all costs of these proceedings, including all expert witness fees, attorney fees and penalties, with legal interest on all amounts from the date of judicial demand until paid; Petitioners further pray for all general and equitable relief.

Respectfully submitted,

Bruce C. Betzer, Bar No.: 26800
Dougals S. Hammel, Bar No.: 26915
Rachel C. Schmidt, Bar No.: 33643
*The Law Office of Bruce C. Betzer*
**A Professional Limited Liability Company**
3129 Bore Street
Metairie, Louisiana 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
*Attorneys for Petitioners, Lisa Grant*
*and Phillip Pockett*

**PLEASE SERVE:**

**State Farm Fire and Casualty Company**
Through their registered agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

4



FILED
OCT - 7 201
CLERK'S OFFICE
CIVIL DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. 2014-8561                                                    DIVISION "C"

### LISA GRANT AND PHILLIP POCKETT

#### VERSUS

### STATE FARM FIRE AND CASUALTY COMPANY

FILED: _____          _____
                                                  **DEPUTY CLERK**

## MOTION FOR EXTENSION OF TIME

Defendant, State Farm Fire and Casualty Company, moves this Honorable Court to extend

an additional thirty (30) days to Defendant, beyond the time within which Defendant must answer

Plaintiff's Petition for Damages, on the grounds that additional time is necessary for the obtaining

of further information and completing of necessary investigation preparatory to answering. No

previous extensions of time have been obtained from the adverse party in this action or granted

by this Court.

Respectfully submitted,

_____

DAVID A. STRAUSS, #24665
R. DANIEL SERIO, JR., #32681
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
dstrauss@kingkrebs.com
kmason@kingkrebs.com

*Attorneys for State Farm Fire & Casualty Company*

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112

DATE: 10/7/2014 at 15:05

CASE#: 2014 - 08561   SEC.: 10
RECEIPT#: 460081

                    PRICE        PAID        BAL

                    15.00 $      0.00

EXTENSION OF TIME
                    0.00 $       0.00 $      0.00
=================================
TIAL PAID CASE # 201408561:   $15.00

RECEIPT TOTAL $15.00
AMOUNT RECEIVED $15.00

CHANGE DUE $.00
=================================
Check #10525 Amt. $15.00

{N0915288 -}

10/3/14

## CERTIFICATE OF SERVICE 

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, facsimile or by placing the same in the United States mail, properly addressed and postage pre-paid, this 7th day of October, 2014.

R. DANIEL SERIO, JR.

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO.  2014-8561                                              DIVISION "C"

### LISA GRANT AND PHILLIP POCKETT

#### VERSUS

### STATE FARM FIRE AND CASUALTY COMPANY

FILED:_____          _____
                                                    DEPUTY CLERK

### ORDER

Considering the above and foregoing motion of Defendant, State Farm Fire and Casualty Company, requesting an additional thirty (30) days to answer Plaintiff's Petition for Damages, it is ordered, adjudged and decreed that such extension of time be granted.

New Orleans, Louisiana, this _10th_ day of _October_, 2014.

_____
JUDGE

(Sgd.) Sidney H. Cates, IV

OCT 1 3 2014

ENTERED ON MINUTES

{N0915288 -}

**ATTORNEY'S NAME:** Betzer, Bruce  26800
**AND ADDRESS:**  3129 BORE STREET
Metairie,  LA  70001

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:    2014 -- 08561                DIVISION: C                SECTION: 10

GRANT, LISA  ET AL VERSUS STATE FARM FIRE AND CASUALTY COMPANY

## CITATION

**TO:** STATE FARM FIRE AND CASUALTY COMPANY
THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA
SECRETARY OF STATE
8585 ARCHIVES AVENUE

BATON ROUGE                LA    70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk
of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

### ADDITIONAL INFORMATION
Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561- 8828.  This Referral Service operates in conjunction with the
New Orleans Bar Association.  If you qualify, you may be entitled to free legal assistance through the
New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.
*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF,  I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA ___September 3, 2014___ .

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**DALE N. ATKINS,  Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**

Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**                **DOMICILIARY SERVICE**

On this _____ day of                       On this _____ day of
_____ served a copy of the w/i petition      _____ served a copy of the w/i petition
FOR DAMAGES                          FOR DAMAGES

On                                   On
STATE FARM FIRE AND CASUALTY COMPANY           STATE FARM FIRE AND CASUALTY COMPANY

THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF      THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF
PROCESS: LOUISIANA SECRETARY OF STATE              PROCESS: LOUISIANA SECRETARY OF STATE

by leaving same at the dwelling house, or usual place of
abode, in the hands of _____
a person of suitable age and discretion residing therein as
a member of the domiciliary establishment, whose name
and other facts connected with this service I learned by
interrogating  HIM / HER the said _____
STATE FARM FIRE AND CASUALTY COMPANY

_____ Returned  same  day

_____ No.

Deputy Sheriff of _____

Mileage: $_____

being absent from the domicile at time of said service.
Returned  same day

_____ No.

PAPER          RETURN

SERIAL NO.       DEPUTY       PARISH        Deputy Sheriff of _____