UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LISA GRANT AND PHILLIP POCKETT | * | CIVIL ACTION:  14-2477 |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "N" |
| | * | |
| | * | MAGISTRATE NORTH |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that any and all claims asserted herein by the Plaintiffs, Lisa Grant and Phillip Pockett, against Defendant, State Farm Fire and Casualty Company shall be, and are hereby dismissed, with prejudice, with each party to bear their own respective costs.

Signed this  30th   day of _____June_____ 2015, in New Orleans, Louisiana.

_____
United States District Court Judge

{N1004728 -}